Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>RAYMOND G. CHOY, Trustee of the Raymond G. Choy and Lorraine G. Choy Revocable Trust dated August 6, 2007; LORRAINE G. CHOY, Trustee of the Raymond G. Choy and Lorraine G. Choy Revocable Trust dated August 6, 2007; JAGDISH KAUR CHAUHAN, dba QUICK STOP LIQUOR;<br><br>           Defendants. | Case No.  1:13-cv-00644-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS RAYMOND G. CHOY AND LORRAINE G. CHOY ONLY**<br><br> **ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that **only Defendants RAYMOND G. CHOY, Trustee of the Raymond G. Choy and Lorraine G. Choy Revocable Trust dated August 6, 2007, and LORRAINE G. CHOY, Trustee of the Raymond G. Choy and Lorraine G. Choy Revocable Trust dated August 6, 2007**, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

*Gutierrez v. Choy, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

Date: June 12, 2013                               MOORE LAW FIRM, P.C.


                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff
                                                  Natividad Gutierrez


## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice as to Defendants RAYMOND G. CHOY, Trustee of the Raymond G. Choy and Lorraine G. Choy Revocable Trust dated August 6, 2007, and LORRAINE G. CHOY, Trustee of the Raymond G. Choy and Lorraine G. Choy Revocable Trust dated August 6, 2007 <u>only</u>.



IT IS SO ORDERED.

Dated:  June 12, 2013                             _____
                                                  SENIOR DISTRICT JUDGE