1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8
                      UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  NATIVIDAD GUTIERREZ,                    )  Case No.  1:13-cv-00644-AWI-BAM
                                            )
12          Plaintiff,                      )  **NOTICE OF VOLUNTARY DISMISSAL**
                                            )  **AS TO DEFENDANTS RAYMOND G.**
13      vs.                                 )  **CHOY AND LORRAINE G. CHOY ONLY**
                                            )   **ORDER**
14  RAYMOND G. CHOY, Trustee of the         )
    Raymond G. Choy and Lorraine G. Choy    )
15  Revocable Trust dated August 6, 2007;   )
    LORRAINE G. CHOY, Trustee of the        )
16  Raymond G. Choy and Lorraine G. Choy    )
    Revocable Trust dated August 6, 2007;   )
17  JAGDISH KAUR CHAUHAN, dba QUICK          )
    STOP LIQUOR;                            )
18                                          )
                                            )
19          Defendants.                     )
                                            )
20                                          )
                                            )
21  _____   )

22          WHEREAS, no Defendant has filed an answer or motion for summary judgment;

23          WHEREAS, no counterclaim has been filed;

24          Plaintiff hereby respectfully requests that **only Defendants RAYMOND G. CHOY,**

25  **Trustee of the Raymond G. Choy and Lorraine G. Choy Revocable Trust dated August 6,**

26  **2007, and LORRAINE G. CHOY, Trustee of the Raymond G. Choy and Lorraine G.**

27  **Choy Revocable Trust dated August 6, 2007**, be dismissed with prejudice pursuant to Federal

28  Rule of Civil Procedure 41(a)(1)(A)(i).


    *Gutierrez v. Choy, et al.*
    Notice of Voluntary Dismissal; [Proposed] Order
                              Page 1

1    Date: June 12, 2013                              MOORE LAW FIRM, P.C.

2

3                                                     /s/ Tanya E. Moore
4                                                     Tanya E. Moore
                                                      Attorneys for Plaintiff
5                                                     Natividad Gutierrez

6

7                                          **ORDER**

8         Good cause appearing,

9         IT IS HEREBY ORDERED that this action be dismissed with prejudice as to

10   Defendants RAYMOND G. CHOY, Trustee of the Raymond G. Choy and Lorraine G. Choy

11   Revocable Trust dated August 6, 2007, and LORRAINE G. CHOY, Trustee of the Raymond G.

12   Choy and Lorraine G. Choy Revocable Trust dated August 6, 2007 only.

13

14

15   IT IS SO ORDERED.

16   Dated:   June 12, 2013                    _____
17                                              SENIOR  DISTRICT  JUDGE

18

19

20

21

22

23

24

25

26

27

28

*Gutierrez v. Choy, et al.*
Notice of Voluntary Dismissal; [Proposed] Order
                                          Page 2