1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez

6

7

8

9

10

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

11  NATIVIDAD GUTIERREZ,                    ) Case No.  1:13-cv-00644-AWI-BAM
                                            )
12            Plaintiff,                    ) **NOTICE OF VOLUNTARY DISMISSAL**
                                            ) **OF ACTION;  ORDER**
13       vs.                                )
                                            )
14  RAYMOND G. CHOY, Trustee of the         )
    Raymond G. Choy and Lorraine G. Choy    )
15  Revocable Trust dated August 6, 2007;   )
    LORRAINE G. CHOY, Trustee of the        )
16  Raymond G. Choy and Lorraine G. Choy    )
    Revocable Trust dated August 6, 2007;   )
17  JAGDISH KAUR CHAUHAN, dba QUICK          )
    STOP LIQUOR;                            )
18                                          )
                                            )
19                                          )
              Defendants.                   )
20  _____ )

21       WHEREAS, no Defendant has filed an answer or motion for summary judgment;

22       WHEREAS, no counterclaim has been filed;

23       WHEREAS, Plaintiff and Defendants have settled this matter;

24       Plaintiff hereby respectfully requests that this action be dismissed with prejudice in its

25  entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

26  Date: June 18, 2013                     MOORE LAW FIRM, P.C.

27                                          _/s/ Tanya E. Moore_____
                                            Tanya E. Moore
28                                          Attorneys for Plaintiff Natividad Gutierrez

1

**<u>ORDER</u>**

2
Good cause appearing,

3
IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5

6
IT IS SO ORDERED.

7
Dated: __June 18, 2013__                          _____

8
                                                  SENIOR  DISTRICT  JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28