Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>RAYMOND G. CHOY, Trustee of the Raymond G. Choy and Lorraine G. Choy Revocable Trust dated August 6, 2007; LORRAINE G. CHOY, Trustee of the Raymond G. Choy and Lorraine G. Choy Revocable Trust dated August 6, 2007; JAGDISH KAUR CHAUHAN, dba QUICK STOP LIQUOR;<br><br>            Defendants. | Case No.  1:13-cv-00644-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

WHEREAS, Plaintiff and Defendants have settled this matter;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 18, 2013                                         MOORE LAW FIRM, P.C.

                                                                         */s/ Tanya E. Moore*
                                                                         Tanya E. Moore
                                                                         Attorneys for Plaintiff Natividad Gutierrez

*Gutierrez v. Choy, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  June 18, 2013

_____
SENIOR DISTRICT JUDGE